# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM A. LANZILOTTI, SR., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of the Social Security | : | |
| Administration | : | NO. 20-3314 |

## ORDER

**AND NOW**, this 29th day of July 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review (Document No. 18) is **DENIED**.

**BY THE COURT**:

　　　_/s/ Carol Sandra Moore Wells_　　　
CAROL SANDRA MOORE WELLS
United States Magistrate Judge